UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. CV 08-08552 CBM (CTx)                     Date: June 24, 2009

Title:   Graciela E. Ortiz, Vicente R. Ortiz v. Greenwich Investors XXVI, LLC et al.
================================================================
ORDER TO SHOW CAUSE re: Plaintiff's use of pseudonym
================================================================
PRESENT:

   The Honorable <u>CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE</u>

              <u>JOSEPH LEVARIO</u>                     <u>   N/A   </u>
               Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
N/A                                      N/A

**PROCEEDINGS:**
Plaintiffs Graciela and Vicente Ortiz filed a First Amended Complaint on June 8, 2009, alleging ten federal and state causes of action against Defendants Greenwich Investors XXCI, LLX, Fremont Investment and Loan, WMD Capital Markets, LLC, Washington Mutual, WAMU, Citibank, WMD Realty, Quality Loan Services, California Reconveyance Company, Prudential California Realty, Select Portfolio, Sequest Venture Realty, Empire Realty, Mortgage Electronic Registration Services, Cynthia Harold Roe, Mr. Murray Would, Gerrado Vela, Jessica Guttierez, Les Zieve, Christopher Hund, Kip Adkins, Jonathan D. Winters, and Does 1-10. [Docket No. 61]

<u>Background</u>
Plaintiffs filed their initial Complaint on December 24, 2008, alleging sixteen (16) state and federal claims, including violations of the: Home Ownership and Equity Protection Act ("HOEPA"); Truth in Lending Act ("TILA"); Real Estate Settlement Procedures Act ("RESPA); Fair Credit Reporting Act ("FCRA"); Racketeer Influenced and Corrupt Organizations Act ("RICO"); and "Housing Discrimination Act of 1977" and ERISA. [Docket No. 1]

Plaintiffs never served fourteen (14) of the above named Defendants. Therefore, the Court issued an Order asking Plaintiffs to show cause why the action should not be dismissed for lack of prosecution as to the unserved Defendants. Plaintiffs failed to respond to the Order to Show Cause and the Court dismissed the unserved Defendants. [Docket No. 59]

On March 17, 2009, the Defendants who had been served with process filed a Motion to Dismiss or alternatively a Motion for a More Definite Statement. [Docket No. 43.] On May 6, 2009, this Court issued an Order Granting the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). [Docket No. 60] The Court dismissed Plaintiffs' claims for HOEPA,

RESPA, TILA, FCRA and ERISA with prejudice. The Court dismissed Plaintiffs' RICO claim without prejudice. Having dismissed Plaintiffs' federal question claims, the Court declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, pursuant to 28 U.S.C. § 1367(c). Accordingly, the Complaint was dismissed in its entirety.

With respect to Plaintiffs' RICO claim, the Court identified three specific pleading deficiencies Plaintiffs needed to correct and granted Plaintiffs until June 8, 2009, to cure or otherwise amend their RICO claim. *Id.* The Court also cautioned Plaintiffs that "any subsequent pleadings must be in compliance with Federal Rule of Civil Procedure 11." *Id.*

*First Amended Complaint and the RICO Claim*
With respect to the First Amended Complaint, the Court notes that but for Plaintiffs' RICO claim, each and every one of the federal law causes alleged in Plaintiffs' First Amended Complaint was previously dismissed by the Court with prejudice. In addition, each and every one of the state law causes of action alleged in Plaintiffs' First Amended Complaint was dismissed without prejudice.

As to Plaintiffs' RICO claim, the Court has compared the allegations of RICO contained in the First Amended Complaint to those contained in the initial Complaint. The Court's review reveals that Plaintiffs' allegations of RICO are identical to those in their initial Complaint. Accordingly, the allegations of RICO in the First Amended Complaint fail to comply with this Court's May 6, 2009, Order.

*Private and Personal Information Not To Be Included In Court Filings*
The First Amended Complaint also contains several exhibits which were not attached to the initial Complaint. These exhibits contain personal information which cannot be included in court filings. Central District of California General Order 06-07, "Order Authorizing Electronic Filing", Section D, governs the parties' "Obligations to Protect Sensitive and Private Information" and requires parties to redact or otherwise omit from all court documents the following types of information: social security numbers; names of minor children; dates of birth; financial account numbers; and home addresses.

Plaintiffs are hereby advised that they must not include such personal information in future court filings, if any, and that their failure to comply with General Order 06-07 may result in the Clerk of this Court rejecting their filings and/or sanctions.

In light of the foregoing, Plaintiffs are hereby ORDERED TO SHOW CAUSE in writing no later than July 8, 2009, why the Court should not DISMISS WITH PREJUDICE Plaintiffs' claim for RICO and their First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

IT IS SO ORDERED.

Initials of Deputy Clerk _____
cc: Judge Marshall
 Parties of Record